

# NUMBER 13-22-00204-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

MINERVA M. PENA,                                                        Appellant,

v.

MARISA F. LEAL,                                                        Appellee.

### On appeal from the 107th District Court
### of Cameron County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Hinojosa and Tijerina
### Memorandum Opinion by Justice Tijerina

On April 27, 2022, appellant filed a notice of appeal. On April 29, 2022 and May 11, 2022, the Clerk of the Court notified appellant that she was delinquent in remitting a $205.00 filing fee. The Clerk of this Court notified appellant the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of the letters. TEX. R. APP. P. 42.3(b),(c).

Appellant has not paid the filing fee nor otherwise responded to the notices from the clerk requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* 42.3(b),(c).

JAIME TIJERINA
Justice

Delivered and filed on the
30th day of June, 2022.